# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CHARDAE AVIANCE CADENA  Case No.18-02313-MH3-13
2517 ALLENWOOD DR
NASHVILLE, TN  37207  11/21/2018

SSN XXX-XX-2656

## ORDER DISMISSING CHAPTER 13 PETITION
## FOR NON-COMPLIANCE

    Pursuant to the Chapter 13 petition and plan filed with this court , the debtor(s) was ordered to pay the Chapter 13 Trustee a specified portion of the future income through a payroll deduction or by a direct payment . There being no response to the Trustee's motion within the time prescribed by Local Rule 9013-1(a), the Trustee's motion is uncontested. It is therefore,

    Ordered that the Chapter 13 petition is dismissed for failure of the debtor to abide by the orders of this court; It is further ,

    Ordered that in the event the Trustee has not received funds sufficient to pay the required filing fee , and if that fee has not otherwise been paid, the debtor shall immediately transmit the amount to the clerk of the Bankruptcy Court . In no event shall the debtor fail to make this payment later than thirty (30) days from the date of this order .

  APPROVED:  THIS ORDER WAS SIGNED AND ENTERED
  ELECTRONICALLY AS INDICATED AT THE
/s/ Henry E. Hildebrand, III  TOP OF THE FIRST PAGE.
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com